**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ROYREGUIES HALL #473044/118979 | CIVIL ACTION NO. 17-1203 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| NELSON DAVID | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all of Plaintiff's remaining claims in this civil action are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 27th day of January, 2020.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT